E-FILED: **8/3/10**

JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Babak Nassirpour, et al.* )<br>          **Plaintiffs,** )<br>                             )<br>     **v.**                  )<br>                             )<br>*FDIC as Receiver for Indymac Bank,* )<br>*FSB., et al.*              )<br>          **Defendants.**   )<br>_____) | **CASE NO. CV 08-7164-GHK (AJWx)**<br><br>**JUDGMENT** |

  Based on our July 20, 2009 Order granting in part Defendants Federal Deposit Insurance Corporation, acting as receiver for IndyMac Bank, Peter Konkowski, and Nathalie Soueidan's Motion to Dismiss, Plaintiffs Babak Nassirpour and Hossain Sahlolbei's (collectively, "Plaintiffs") claims for specific performance and injunctive relief are **DISMISSED with prejudice**.

  Based on our August 3, 2010 Order dismissing Plaintiffs' remaining claims pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to

comply with court orders, Plaintiffs' claims for intentional misrepresentation, negligent misrepresentation, and breach of contract are **DISMISSED without prejudice.**

**IT IS SO ORDERED**.

DATED: August 3, 2010

_____
GEORGE H. KING
United States District Judge

2